File Hashes for IP Address 24.15.48.82

**ISP:** Comcast Cable
**Physical Location:** Oak Park, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/26/2013 22:31:33 | 606F8A70BD1B3D378C0971F23762E361288D3C96 | Tuesday Morning |
| 01/15/2013 21:24:46 | FD4CB0B45FEFA4C558867E178BEEA946C6CF83A0 | Want You |
| 01/14/2013 15:33:37 | 35B21A26C9F103763D432CFAF65F4EF5601BE11E | Warm Inside |
| 01/14/2013 03:13:18 | C527F2A1A02D1E95207E9341B304D9D4B74F5AC3 | Spur Of The Moment |
| 01/14/2013 03:01:14 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 12/31/2012 17:06:34 | C1E9C0D5EABEE2AA9E4F4C4FC4AAA7F087C023A4 | Morning Desires |
| 12/15/2012 04:02:01 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 11/03/2012 04:26:12 | 0AA7C3D5166CA52800864838A881AE5B551EA406 | Still With Me |
| 10/19/2012 03:49:05 | F4785AA234D7A1D048247D37A10AF84469765743 | Young Passion |
| 09/06/2012 00:52:02 | E8A7F85FE9185F3B899B3FE68F4BD11AFFFDB005 | First Love |
| 08/25/2012 15:46:01 | 4CFD82242FE5FF90E650398924B32D980297E51E | Unbelievably Beautiful |
| 07/04/2012 10:48:08 | 6778E1BB616874E8EDFCCB39BBAD28ABA01CBE8B | Happy Couple |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NIL55